UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 15-02431 DDP (GJSx)                   Dated: June 1, 2017

Title:   N.I.A. et al -v- COUNTY OF LOS ANGELES et al
================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None                                           None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


     Pursuant to the Notice of Settlement filed February 9, 2017 (Dkt. No. 64), the Court hereby vacates all pending dates. The dismissal order shall be filed on or before August 14, 2017.


MINUTES FORM 11                                         Initials of Deputy Clerk: PG
CIVIL -- GEN